1  Phillip J. Eskenazi (SBN 158976)
   peskenazi@hunton.com
2  Jason J. Kim (SBN 221476)
   kimj@hunton.com
3  **HUNTON & WILLIAMS LLP**
   550 South Hope Street, Suite 2000
4  Los Angeles, California  90071-2627
   Telephone:  (213) 532-2000
5  Facsimile: (213) 532-2020

6  Attorneys for Defendant
   LOWE'S HIW, INC.
7

8             **UNITED STATES DISTRICT COURT**

9     **CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

10

| 11  KENNETH RADCLIFFE, individually and on behalf of all others similarly situated, | Case No.:  CV11-02517-TJH (MANX) |
|---|---|
| | **DECLARATION OF DORIS MEJIA IN SUPPORT OF DEFENDANT LOWE'S HIW, INC.'S MOTION TO COMPEL ARBITRATION AND TO STRIKE CLASS ALLEGATIONS** |

12

13            Plaintiff,

14       v.

15  LOWE'S HIW, INC., a Washington
16  Corporation, and DOES 1 through 50,
    inclusive,
17
             Defendants.
18

Date:        June 20, 2011
Time:        UNDER SUBMISSION
Dept.:       17

*[Notice of Motion and Motion to Compel Arbitration and to Strike Class Allegations, Declaration of Jason J. Kim and [Proposed] Order filed concurrently herewith]*

Action filed:   February 23, 2011

19

20

21

22

23

24

25

26

27

28

_Left margin vertical text:_ **Hunton & Williams LLP**  550 South Hope Street, Suite 2000  Los Angeles, California  90071-2627

Hunton & Williams LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

## DECLARATION OF DORIS MEJIA

I, DORIS MEJIA, declare:

1.      I am the Human Resources Manager in the Burbank, California store of Lowe's HIW, Inc. ("Lowe's") where Plaintiff Kenneth Radcliffe ("Plaintiff") worked. I have personal knowledge of the facts stated herein, and if called and sworn as a witness, I would and could testify competently thereto. I submit this declaration in support of Lowe's Motion to Compel Arbitration and to Strike Class Allegations.

2.      As the Human Resources Manager, I am responsible for, among other things, certain payroll and Human Resource Shared Services for Lowe's. In that capacity, I have access to Plaintiff's personnel file and I am familiar with Lowe's policies and procedures with respect to the maintenance of that file and the documents contained therein.

3.      On March 20, 2004, Lowe's hired Plaintiff as a Zone Manager in its Burbank, California store.

4.      Attached hereto as Exhibit A is a true and correct copy of the "Agreement to Arbitrate Disputes" which was executed by Plaintiff and which I retrieved from Plaintiff's personnel file. Exhibit A was made as part of Lowe's regular practice and is maintained in the course of a regularly conducted business activity of Lowe's.


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Executed this 13th day of May, 2011, at Burbank, California.


By: 
_____
DORIS MEJIA

23797.000865 EMF_US 35548043v1