**EXHIBIT A**



HIW Inc.
# AGREEMENT TO ARBITRATE DISPUTES

In exchange for the offer of employment extended by Lowe's HIW, Inc. to you, and in consideration of such offer of employment, which you hereby accept, you and Lowe's HIW, Inc. agree that any controversy between you and Lowe's HIW, Inc. (including agents of Lowe's HIW, Inc.) arising out of your employment or the termination of your employment shall be settled by binding arbitration (at the insistence of either you or Lowe's HIW, Inc.) in accordance with the arbitration procedures of the American Arbitration Association, under its National Rules for the Resolution of Employment Disputes. You acknowledge that a copy of the AAA National Rules has been made available for your review in the location. Should the AAA decline to administer the arbitration for any reason, the parties will select an arbitrator using the procedures employed by the AAA, who will employ the rules and procedures set up in the AAA National Rules for the Resolution of Employment Disputes. In this event, the list of potential arbitrators for selection must include only individuals who are attorneys with at least 10 years experience in employment law.

This agreement to arbitrate means that there will be no court or jury trial of disputes between you and Lowe's HIW, Inc. which arise out of your employment or the termination of your employment.

This agreement to arbitrate is intended to be broad and to cover, to the extent otherwise permitted by law, all such disputes, including but not limited to those arising out of federal and state statutes and local ordinances, such as: Title VII of the Civil Rights Act of 1964, as amended; the Civil Rights Act of 1866; the Equal Pay Act; the Fair Labor Standards Act; the Pregnancy Discrimination Act; the Age Discrimination in Employment Act; the Family and Medical Leave Act; the Americans with Disabilities Act; and any similar federal, state or local laws. However, this provision is not applicable to (1) your rights under Workers' Compensation Law, which are governed under the special provisions of that law, or (2) your rights under the Employee Retirement Income Security Act (ERISA).

The parties will mutually select an arbitration location.

If you initiate arbitration, you will be responsible for paying a filing fee equivalent to the fee you would have to pay if you filed a complaint in federal court (currently $150.00). The arbitrator will have the authority to waive this filing fee if you can prove financial hardship. Lowe's HIW, Inc. will bear the remainder of the arbitration filing fees and the fees and expenses of the arbitrator. If you fail to prevail in the arbitration, you will bear the full amount of any attorney fees and expenses that you incurred in regard to this arbitration. In addition, the arbitrator will have the authority to award some or all of the fees and expenses Lowe's paid if the arbitrator finds that your pursuit of arbitration was unreasonable under the circumstances or in bad faith.

This agreement to arbitrate may not be changed or modified in any respect unless specifically agreed in a written agreement signed by you and Lowe's HIW, Inc.

This Agreement is the full and complete agreement relating to the formal resolution of employment-related disputes. If any part(s) of this Agreement are found by a court of competent jurisdiction to be unconscionable or unenforceable, the court shall reform this Agreement to the extent necessary to cure the unconscionable or unenforceable part(s), and the parties will arbitrate their dispute(s) without reference to or reliance upon the unconscionable or unenforceable part(s).

Unless controlling legal authority requires otherwise, there shall be no right or authority for any dispute to be heard or arbitrated on a class action basis, as a private attorney general, or on a basis involving disputes brought in a purported representative capacity on behalf of the general public, any other current, prospective or former employees, or any (other) persons similarly situated to either party; provided, however, that any individual claim you or Lowe's HIW, Inc. may have is subject to this agreement to arbitrate.

By our signatures below, we hereby warrant that we have read and understand the above provisions and that we agree to be bound by the terms of this Agreement to Arbitrate Disputes.

_____        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
EMPLOYEE SIGNATURE                    SOCIAL SECURITY NUMBER

_____
LOCATION MANAGER (on Behalf of Lowe's HIW, Inc.)