1  Phillip J. Eskenazi (SBN 158976)
   peskenazi@hunton.com
2  Jason J. Kim (SBN 221476)
   kimj@hunton.com
3  **HUNTON & WILLIAMS LLP**
   550 South Hope Street, Suite 2000
4  Los Angeles, California 90071-2627
   Telephone: (213) 532-2000
5  Facsimile: (213) 532-2020

6  Attorneys for Defendant
   LOWE'S HIW, INC.
7

8            **UNITED STATES DISTRICT COURT**

9         **CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

10

| | |
|---|---|
| KENNETH RADCLIFFE, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>      v.<br><br><br>LOWE'S HIW, INC., a Washington Corporation, and DOES 1 through 50,<br><br>            Defendants. | Case No.: CV11-02517-TJH (MANx)<br><br>**DECLARATION OF JASON J. KIM IN SUPPORT OF DEFENDANT LOWE'S HIW, INC.'S MOTION TO COMPEL ARBITRATION AND TO STRIKE CLASS ALLEGATIONS**<br><br>Date:         June 20, 2011<br>Time:        UNDER SUBMISSION<br>Dept.:        17<br><br>*[Notice of Motion and Motion to Compel Arbitration and to Strike Class Allegations, Declaration of Doris Mejia and [Proposed] Order filed concurrently herewith]*<br><br>Action filed:    February 23, 2011 |

DECLARATION OF JASON J. KIM

## DECLARATION OF JASON J. KIM

I, JASON J. KIM, declare:

1. I am an attorney admitted before all courts in the State of California and am an associate with the law firm of Hunton & Williams LLP, counsel of record for Lowe's HIW, Inc. ("Lowe's") in the above-captioned matter. I have personal knowledge of the matters set forth herein, and if called upon to do so, could and would testify competently thereto. I submit this declaration in support of Lowe's Motion to Compel Arbitration and to Strike Class Allegations.

2. Lowe's has served no discovery on Plaintiff. The parties held a Rule 26 conference on April 15, 2011. Plaintiff subsequently served some written discovery and Lowe's responses are not due as of the filing of this motion. On April 21, 2011, the parties stipulated to Lowe's amendment of its answer.

3. On May 6, 2011, I telephoned Plaintiff's counsel to notify him of Lowe's intent to move to compel arbitration and to strike Plaintiff's class allegations.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 16th day of May, 2011, at Los Angeles, California.

By:  /s/ Jason J. Kim
     JASON J. KIM