# United States District Court
# Central District of California
# Western Division

| | |
|---|---|
| KENNETH RADCLIFFE, | CV 11-02517 TJH (MANx) |
| Plaintiff, | |
| v. | |
| LOWE'S HIW, INC., *et al.*, | Order |
| Defendants. | |

The Court has considered Lowe's motion to compel arbitration and to strike class allegations, together with the moving and opposing papers.

"The principal purpose of the FAA [Federal Arbitration Act] is to ensure that private arbitration agreements are enforced according to their terms." *AT&T Mobility LLC v. Concepcion*, __U.S.__, 131 S. Ct. 1740, 1748, 179 L. Ed. 2d 742, 754 (2011). State law that prohibits parties from waiving private attorney general actions transforms the bilateral arbitration agreement into a representative arbitration. Class arbitration manufactured by state law, rather than consensual, is

inconsistent with the FAA. *See Concepcion*, __U.S. at __, 131 S. Ct. at 1750-51, 1753, 197 L. Ed. 2d at 755-56, 759. Parties to an arbitration agreement may legally limit with whom the employer will arbitrate, and the terms of the Agreement explicitly precluded Lowe's employees from bringing claims in a representative capacity. *See Concepcion*, __ U.S. at __, 131 S. Ct. at 1748-49, 197 L. Ed. 2d at 753-54. A party may waive claims under the Private Attorney General Act because the Act does not create substantive statutory rights. *See Amalgamated Transit Union, Local 1756, AFL-CIO v. Superior Court*, 46 Cal. 4th 993, 1003, 95 Cal. Rptr. 3d 605, 612 (2009).

The proper use for a motion to strike is to eliminate redundant, immaterial, impertinent or scandalous matter in a pleading. *Sidney-Vinstein v. A.H. Robins Co.*, 697 F.2d 880 (9th Cir. 1983). This Court deems the motion to strike as a motion to dismiss.

It is Ordered, the motion to compel arbitration be, and hereby is, Granted.

It is further Ordered, the motion to dismiss the class allegations be, and hereby is, Granted.

Date: June 30, 2011

_____
Terry J. Hatter, Jr.
Senior United States District Judge